GARIN LAW GROUP
LISA J. ZASTROW, ESQ.
Nevada Bar No. 9727
9900 Covington Cross Drive, Suite 210
Las Vegas, Nevada 89144
Phone: (702) 382-1500
Fax: (702) 382-1512
lzastrow@garinlawgroup.com

*Attorney for Defendant Roberta McIntyre*

**UNITED STATED DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| L.L., a minor by and through her parents, DANIELLE B. BUCKLAND and HEBER C. LANE, <br><br> Plaintiffs, <br><br> vs. <br><br> CLARK COUNTY SCHOOL DISTRICT ; ROBERTA MCINTYRE, individually and in her capacity as Plaintiff's former teacher ; MONIQUE CLEVELAND, individually and in her capacity as Plaintiff's former teacher; DOES I-X, and ROE BUSINESS ENTITIES XI-XX, inclusive, <br><br> Defendants. | CASE NO. 2:26-cv-00616-JAD-DJA <br><br> **STIPULATION AND ORDER TO EXTEND TIME TO HOLD RULE 26(f) CONFERENCE** |

Plaintiffs L.L., a minor, by and through her parents, DANIELLE B. BUCKLAND and HEBER C. LANE, by and through their counsel of record, BENJAMIN REBER, ESQ., of CLAGGETT & SYKES LAW FIRM; Defendants CLARK COUNTY SCHOOL DISTRICT and MONIQUE CLEVELAND, by and through their counsel of record, THOMAS D. DILLARD, JR., ESQ., of OLSON CANNON & GORMLEY; and Defendant ROBERTA McINTYRE, by and through her counsel of record, LISA J. ZASTROW, ESQ., of GARIN LAW GROUP (collectively, the "Parties"), hereby stipulate and agree as follows:

/ / /

/ / /

/ / /

/ / /

/ / /

GARIN LAW GROUP
9900 Covington Cross Drive, Suite 210, Las Vegas, Nevada 89144
Telephone: (702) 382-1500    Facsimile: (702) 382-1512

**PROCEDURAL HISTORY**

1. Plaintiffs' Complaint was originally filed in the Eighth Judicial District Court, Clark County, Nevada, on January 28, 2026.

2. Plaintiffs served the Complaint on Defendant Monique Cleveland on February 3, 2026; on Defendant Clark County School District on February 20, 2026; and on Defendant Roberta McIntyre on February 27, 2026.

3. Defendants Clark County School District and Monique Cleveland filed a Petition for Removal of Civil Action on March 5, 2026. [ECF No. 1].

4. Defendant Roberta McIntyre, appearing in proper person at the time, filed an Answer on March 18, 2026. [ECF No. 12]. Thereafter, on March 20, 2026, counsel for Defendant McIntyre filed a Joinder to the Notice of Removal. [ECF No. 13].

5. On April 16, 2026, the Parties met for a Rule 26(f) conference. However, the parties discussed Plaintiff's upcoming Amended Complaint and updated responsive pleadings that would follow. The parties agreed it would be most appropriate to stipulate to extend the Rule 26(f) conference until the updated pleadings were filed.

6. On April 23, 2026, the Parties stipulated to allow Plaintiffs to file a First Amended Complaint. [ECF No. 20].

7. Plaintiffs filed their First Amended Complaint on April 27, 2026. [ECF No. 21].

**STIPULATION**

In light of the recently filed First Amended Complaint, Defendants require time to respond before the parties can conduct a meaningful Rule 26(f) conference and prepare an informed discovery plan. The parties anticipated the filing of the First Amended Complaint and, in reliance thereon, deferred conducting the Rule 26(f) conference.

Accordingly, the parties agree that good cause exists to extend the deadline to conduct the Rule 26(f) conference. This stipulation is made in good faith and not for purposes of delay.

The parties therefore stipulate that the deadline to conduct the Rule 26(f) conference be extended to twenty-one (21) days after the last responsive pleading to the First Amended Complaint is filed.

GARIN LAW GROUP
9900 Covington Cross Drive, Suite 210, Las Vegas, Nevada 89144
Telephone: (702) 382-1500    Facsimile: (702) 382-1512

The parties further stipulate that the deadline to file the discovery plan and scheduling order shall run from the date of the Rule 26(f) conference.

**IT IS SO STIPULATED.**

Dated this 1st day of May, 2026

CLAGGETT & SYKES

By: */s/ Benjamin Reber*

_____
Benjamin Reber, Esq.
Nevada Bar No. 16968
4101 Meadows Lane, Ste. 100
Las Vegas, NV 89107
benjamin@claggettlaw.com
*Attorneys for Plaintiffs*

Dated this 1st day of May, 2026

OLSON CANNON & GORMLEY

By:*/s/ Thomas D. Dillard, Jr.*

_____
Thomas D. Dillard, Jr., Esq.
Nevada Bar No. 006270
9950 West Cheyenne Avenue
Las Vegas, NV 89129
tdillard@ocgattorneys.com

*Attorney for Defendants Clark County School District and Monique Cleveland*

Dated this 1st day of May, 2026

GARIN LAW GROUP

By:*/s/ Lisa J. Zastrow*

_____
LISA J. ZASTROW, ESQ.
Nevada Bar No. 9727
9900 Covington Cross Drive, Suite 210
Las Vegas, Nevada 89144
lzastrow@garinlawgroup.com
*Attorney for Defendant Roberta McIntyre*

GARIN LAW GROUP
9900 Covington Cross Drive, Suite 210, Las Vegas, Nevada 89144
Telephone: (702) 382-1500    Facsimile: (702) 382-1512

**ORDER**

Based on the foregoing stipulation and good cause appearing:

IT IS HEREBY ORDERED that the deadline for the parties to conduct the Rule 26(f) **June 8, 2026.** conference is extended to ~~twenty-one (21) days after the last responsive pleading to the First Amended Complaint is filed.~~

IT IS FURTHER ORDERED that the deadline to file the discovery plan and scheduling be **June 22, 2026.** order shall ~~run from the date of the Rule 26(f) conference.~~

IT IS FURTHER ORDERED that, because deadlines that are not set on a calendar date are difficult for the Court to track, the Court modifies the parties' stipulation as outlined above.

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

DATED: May 5, 2026

Submitted by:

GARIN LAW GROUP

By:_/s/ Lisa J. Zastrow_____
LISA J. ZASTROW, ESQ.
Nevada Bar No. 9727
9900 Covington Cross Drive, Suite 210
Las Vegas, Nevada 89144
Phone: (702) 382-1500
Fax: (702) 382-1512
lzastrow@garinlawgroup.com

*Attorney for Defendant Roberta McIntyre*

GARIN LAW GROUP

9900 Covington Cross Drive, Suite 210, Las Vegas, Nevada 89144   Facsimile: (702) 382-1512
Telephone: (702) 382-1500